IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **FERNANDO VERDE, Individually and on behalf of putative class members,** | § § § | |
| | § | CASE NO. 6:14-CV-225-MHS KNM |
| Plaintiff, | § § | |
| | § | JURY DEMANDED |
| v. | § § | |
| **STONERIDGE, INC.,** *et al.* | § § | |
| Defendants. | § § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of Defendant FTE Automotive Inc.'s ("FTE") Motion for Summary Judgment (Doc. No. 169) has been presented for consideration. The Report and Recommendation (Doc. No. 217) recommends that FTE's Motion for Summary Judgment be granted. Plaintiff Fernando Verde ("Verde") filed written objections to the Report and Recommendation on February 9, 2016. Doc. No. 221.

Having made a *de novo* review of the written objections filed by Plaintiff, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit. Verde's objections were merely summaries of the arguments already put forth in its original Response to the Motion for Summary Judgment. *See* Doc. No. 185. No new arguments were brought forth in the objections. Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation (Doc. No. 217). It is therefore

1

**ORDERED** that Defendant FTE Automotive Inc.'s Motion for Summary Judgment (Doc. No. 169) is **GRANTED**. It is further **ORDERED** that Count III of Verde's Complaint against Defendant FTE Automotive USA, Inc. is **DISMISSED**.

**SIGNED this 23rd day of February, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE