**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **FERNANDO VERDE** | § | |
| | § | |
| | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:14-cv-225** |
| | § | |
| | § | |
| **STONERIDGE, INC.** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636. On October 3, 2017, the Magistrate Judge issued her Report and Recommendation (Docket No. 262), recommending that Plaintiff's Voluntary Dismissal (Doc. No. 261), construed as a motion to dismiss, be granted and that the lawsuit be dismissed with prejudice. No written objections have been filed. Accordingly, the Court reviews the Magistrate Judge's Report and Recommendation for clear error. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

Having reviewed the findings and conclusions of the Magistrate Judge, the Court agrees with the Magistrate Judge that Plaintiff's Voluntary Stipulation should be construed as an unopposed motion to dismiss and be granted.

The Court therefore **ADOPTS** the findings and conclusions of the Magistrate Judge as those of the Court. It is therefore **ORDERED** that Plaintiff's Voluntary Dismissal, construed as a motion, is **GRANTED** and the complaint is **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 15th day of November, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE